IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CHARLES R. BENNETT, ) | |
| ) | Case No. 4:04CV00086 |
| Plaintiff, ) | |
| ) | |
| v. ) | **<u>ORDER</u>** |
| ) | |
| WILLIAM T. HIGDON, ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |
| ) | |
| ) | |

Pursuant to the *Stipulation of Dismissal*, willingly entered into by both the Plaintiff and

the Defendant, dismissal of this suit with prejudice is hereby ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this ORDER and the

to all counsel of record.

Entered this 26th day of August, 2005.

s/Jackson L. Kiser
Senior United States District Judge